IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:19-CR-40020-SOH |
| | ) | |
| BRODNEY JERROD DIXON | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the United States' Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment against Brodney Jerrod Dixon, filed in the above-entitled and numbered cause on October 4, 2019, be hereby dismissed without prejudice.

Entered on this 19th day of November, 2019.

HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT COURT JUDGE